**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.                             NO. 4:14CR00070-DPM

LUIS E. SILVA (01)
AND VICTOR D. MEDINA (02)                                                              DEFENDANTS

## ORDER

Summonses to Defendants Luis Silva and Victor Medina for appearance at plea and arraignment hearings on April 24, 2014, have been returned to the Court unexecuted. The Government has provided the Clerk's Office with new addresses for service of the summons and requests re-issuance.

Accordingly, the Clerk is directed to issue new summonses to Defendants Silva and Medina, for delivery to the United States Marshal for service, directing their appearance for plea and arraignment before United States Magistrate Judge Joe J. Volpe at 10:00 a.m. on May 20, 2014, in Courtroom 2C, United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 24th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE